# EXHIBIT A

3260 Tillman Drive, Suite 75
Bensalem, PA 19020
RETURN SERVICE REQUESTED

# MONARCH
## Recovery Management, Inc.
Toll Free 1(844) 280-6009

| Account #: | ******* |
| Monarch File #: | |
| Total Balance as of 12 FEB 2018: | $652.46 |

February 12, 2018

**Make Check Payable to: Monarch Recovery**

**MONARCH RECOVERY MANAGEMENT, INC.**
P.O. BOX 986
BENSALEM PA 19020

CHANDRA BETNER
2 DARBY CINT
MOUNT HOLLY NJ 08060-3267

**Pay Online Easy & Secure: www.monarchrm.com and click 'Make a Payment'**

\* Detach and Return Top Portion to Expedite Processing \*

| ACCOUNT INFORMATION | | | |
| --- | --- | --- | --- |
| Date of letter: | February 12, 2018 | Creditor: | FIRST PREMIER BANK |
| Account #: | | | |
| Monarch File #: | | Additional Information: | |
| Total Balance as of 12 FEB 2018: $652.46 | | | |

This is to advise you that your account has been transferred to our office for collection by FIRST PREMIER BANK

As of the date of this letter, you owe $652.46.

If you choose not to pay the balance in full, the creditor is willing to accept a settlement of 65% of the total balance due, which is \*\*\* $424.10 \*\*\* as of the date of this letter. Please note this settlement amount will change if the total balance due changes. Our client has allowed us to extend you this offer for as long as Monarch Recovery Management, Inc. services this account. This offer does not cancel nor override your dispute rights set forth below.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume that this debt is valid. If you notify this office in writing within 30 days from receipt of this notice that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or a copy of the judgment against the consumer and a copy of such verification or judgment and mail it to you. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt by a debt collector to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

If you have a complaint about the way we are collecting this debt, please write to our Compliance Center at 3260 Tillman Drive, Suite 75, Bensalem, PA 19020, email us at compliance@monarchrm.com, or call us toll-free at 1-800-220-0605 ext. 2261, between 9:00 A.M. Eastern Time and 5:00 P.M. Eastern Time Monday-Friday.

Yours truly

**MATT FITHIAN DEBT COLLECTOR**
**TOLL FREE 844-280-6009**

392CZMORM01_T65_649696071