UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chandra Betner-Gray, *individually and on behalf of all others similarly situated;*
    Plaintiff,

v.

CASE NO.: 1:19-cv-2473

Monarch Recovery Management, Inc.
and John Does 1-25.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 29, 2019

| For Plaintiff Chandra Betner -Gray | For Defendant Monarch Recovery Management, Inc. |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500 x101<br>ysaks@steinsakslegal.com | /s/ Ronald Michael Metcho, II<br>Ronald Michael Metcho, II<br>Margolis Edelstein<br>220 Penn Avenue Suite 305 Scranton, PA 18503<br>570-257-6510<br>rmetcho@margolisedelstein.com |

1

So Ordered this 30th day of May, 2019

Jerome B. Simandle, U.S. District Judge
(signed: Joseph H. Rodriguez for)